# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY CRANDALL, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-1431 |
| | : | |
| MICHAEL J. ASTRUE, | | |
| Commissioner of Social Security, | | |
| Defendant | | |

**ORDER**

**AND NOW**, this 5th day of October 2011, upon consideration of plaintiff's request for review, and after careful and independent review of Magistrate Judge Timothy R. Rice's report and recommendation and the plaintiff's objections thereto, it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation of United States Magistrate Judge Timothy R. Rice is **APPROVED** and **ADOPTED**;

3. Judgment is entered affirming the decision of the Commissioner; and

4. The clerk shall **CLOSE** this case for statistical purposes.

                                                                                                            /s/ William H. Yohn Jr., Judge
                                                                                                              William H. Yohn Jr., Judge